UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

Ahmed Rashed Mohammadi
    Petitioner,

      v.                                CA: 25-CV-00651-MSM

Kristi Noem, et al

    Respondents.

## ORDER

    To give the Court time to consider the pending petition, unless otherwise ordered by the Court, the petitioner shall not be moved from their current facility without providing the Court with at least 72 hours' advance notice of the move and the reason therefore. Any such 72- hour notice period shall commence at the date and time such notice is filed and expire 72 hours later, except "[i]f the period would end on a Saturday, Sunday, or legal holiday, the period continues to run until the same time on the next day that is not a Saturday, Sunday, or legal holiday." Fed. R. Civ. P. 6(a)(2)(C).

    IT IS SO ORDERED

Date:  12/8/2025

                                              Mary S. McElroy
                                              U.S. District Judge