## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Ahmad Rashed Mohammadi., </br>     Plaintiffs, </br></br> v. </br></br> KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*, </br>     Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> )  C.A. No. 1:25-cv-00651-MSM-PAS </br> ) </br> ) </br> ) </br> ) </br> ) |

### **JUDGMENT**

IT IS ORDERED AND ADJUDGED:

JUDGMENT enters in accordance with the Text Order dated 1/6/2026.

                                                    Enter: </br>
                                                  /s/ C. Potter </br>
                                                  Deputy Clerk </br>
                                                  Dated 1/6/2026